IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| Barbara Thompson,                                )<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>Carolyn W. Colvin, Acting Commissioner )<br>of Social Security,    )<br>)<br>Defendant.    )<br>)<br>_____)  | Civil Action No. 9:13-1559-RMG<br><br>**ORDER** |

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of Social Security denying her disability claim. In accord with 28 U.S.C. § 636(b) and Local Civil Rule 73.02, DSC, this matter was referred to the Magistrate Judge for pre-trial handling. The Magistrate Judge issued a Report and Recommendation ("R and R") on June 12, 2014, recommending that the decision of the Commissioner be reversed and remanded to the agency. (Dkt. No. 17). The Commissioner has now advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 19).

The Court has reviewed the R & R in this matter, the record before the Court and applicable legal standards. The Court finds that the R & R accurately sets forth the factual and legal issues in this matter and properly concludes that the decision of the Commissioner should be reversed and the matter remanded to the agency. The Court hereby adopts the R & R as the order of the Court. Accordingly, the decision of the Commissioner is hereby reversed pursuant to Sentence Four of 42 U.S.C. § 405(g) and remanded to the agency for further action consistent

-1-

-2-

with this order.

    AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
June 30, 2014